UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

SANDY NATHANIEL,

    Plaintiff,                        DEMAND FOR JURY TRIAL

-vs-                                   Case No. 17-12365
                                         Hon. George Caram Steeh

ROCKWOOD RECOVERY, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

The Plaintiff through counsel, informs this Court that a settlement has been reached in this matter. Plaintiff's counsel expects to submit the necessary documents to dismiss this matter within 14 days.

                                             Respectfully Submitted,

                                             ADAM G. TAUB & ASSOCIATES
                                             CONSUMER LAW GROUP, PLC

                  By:    s/ Adam G. Taub_____
                               Adam G. Taub (P48703)
                               Attorney for Sandy Nathaniel
                               17200 West 10 Mile Rd, Ste 200
                               Southfield, MI 48075
                               (248) 746-3790
                               adamgtaub@clgplc.net

Dated: September 26, 2018

## Certificate of Service

My name is Adam G. Taub and I am an officer of this Court. On September 26, 2018, I served all parties entitled to notice with the foregoing document by electronic filing and service to each record address.

                Respectfully Submitted,

                ADAM G. TAUB & ASSOCIATES
                CONSUMER LAW GROUP, PLC

                By:   /s/ Adam G. Taub
                          Adam G. Taub (P48703)
                          Attorney for Sandy Nathaniel
                          17200 West 10 Mile Rd. Suite 200
                          Southfield, MI 48075
                          Phone:  (248) 746-3790
                          Email:   adamgtaub@clgplc.net

Dated:  September 26, 2018