UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

SANDY NATHANIEL ,

   Plaintiff,

 -vs-                                                Case No. 17-12365
                                                        Hon. George Caram Steeh

ROCKWOOD RECOVERY, INC.,

   Defendant.

## STIPULATED ORDER FOR DISMISSAL OF DEFENDANT ROCKWOOD RECOVERY, INC., WITHOUT PREJUDICE

THE UNDERSIGNED parties stipulate and agree to the following:

1. This case is dismissed without prejudice.

2. Upon receipt and clearance of final payment this dismissal shall be deemed to be with prejudice and the parties may submit an order of dismissal with prejudice.

3. This Court shall retain jurisdiction for the limited purpose of enforcing the terms of settlement.

**IT IS SO ORDERED.**

                                                       s/George Caram Steeh
                                                     United States District Judge

Dated: October 4, 2018

Stipulated and agreed to by:

| | |
|---|---|
| s/Adam G. Taub | s/Teri L. Dennings |
| Adam G. Taub (P48703) | Teri L. Dennings (P68884) |
| Attorney for Plaintiff | Attorney for Defendant |
| 17200 West 10 Mile Rd, Ste 200 | 48 S. Main, Suite 3 |
| Southfield, MI 48075 | Mt. Clemens, MI 48043 |
| Phone: (248) 746-3790 | Phone: (586) 741-8116 |
| E-mail: adamgtaub@clgplc.net | E-mail: teri@deldinlaw.com |

October 3, 2018